# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HALL, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security <br><br> Defendant. | NO. CV 16-6936 -KS <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) ("Stipulation"), which was filed on March 3, 2017, IT IS ORDERED that fees in the amount of $2,500.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: March 6, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE